UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

VS.  Case No. 8:06-CR-151-T-24MSS

JOHN S. EVERDING

### NOTICE OF HEARING ON GOVERNMENT'S EMERGENCY MOTION TO CONTINUE TRIAL

Take notice that a Hearing on the Government's Emergency Motion to Continue Trial (Doc. No. 24) in the above captioned matter has been scheduled for *Tuesday, December 26th, 2006, at 1:30 p.m.*, before the Honorable Susan C. Bucklew, United States District Judge, Courtroom 14A, Fourteenth Floor of the Sam M. Gibbons United States Courthouse at 801 N. Florida Ave., Tampa, Florida.

**DONE AND ORDERED** at Tampa, Florida, this 22nd day of December, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:

Counsel of Record